IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**COURTNEY L. HASKIN**                                                              **PETITIONER**

v.                                                   No. 1:25-cv-01022

**DEXTER PAYNE**[1]                                                     **RESPONDENT**
**Director Arkansas Division**
**Of Corrections**

### ORDER

Came on for consideration **COURTNEY L. HASKIN's** Petition for Writ of Habeas Corpus Relief pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner also proceeds *in forma pauperis* in this matter. ECF No. 6. Petitioner also moves the Cour for Service of process. ECF No. 6. The Court has reviewed the Petition and finds that a response should be filed and therefor **GRANTS** the Motion for Service (ECF No. 5).

**IT IS ORDERED**, the Clerk of the Court is directed to serve, by certified mail, the Petition (ECF No. 1) and as well as a copy of this Order, on the Respondent, Dexter Payne and the Attorney General of the State of Arkansas without prepayment of fees and costs or security therefor. *See* RULE 4, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT. The addresses for service are as follows:

> Dexter Payne
> Arkansas Division of Correction, Compliance Division
> P.O. Box 20550
> Whitehall, AR 71612
>
> Tim Griffin
> Office of the Attorney General
> 323 Center Street, Suite 200
> Little Rock, AR 72207

---

[1] Petitioner named various state entities as Respondents. Because Petitioner is in custody of the Arkansas Division of correction the appropriate respondent is Dexter Payne, Director of the Arkansas Division of Correction.

The Court directs the Respondent to respond to the Petition.  **The Response shall be filed on or before May 8, 2025.**

The Clerk of the Court is **DIRECTED** to substitute Dexter Payne, Director of the Arkansas Division of Correction, as Respondent.

**SIGNED** this **8th day of April 2025.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE