IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

COURTNEY L. HASKIN                                                              PETITIONER

v.                                    Case No.  1:25-cv-1022

DEXTER PAYNE,
Director of the Arkansas Division of Correction                                 RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 12.  Judge Bryant recommends that the Court deny and dismiss with prejudice Courtney L. Haskin's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254.  ECF No. 1.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Courtney L. Haskin's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  *See* Rule 11, Rules Governing § 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  To make such a showing, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In this case, the Court finds no issue on which Courtney L. Haskin has made a substantial showing of a denial of a

constitutional right. Accordingly, the Court will not issue a certificate of appealability in this matter.

      **IT IS SO ORDERED**, this 10th day of June, 2025.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  Chief United States District Judge